# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN THE MATTER OF:

Todd Jagiello

      Debtor.

Chapter 7
Case No. 11-67954-wsd
Hon. Walter Shapero

_____/

Sandy Rakich,

      Plaintiff,

vs.

Todd Jagiello,

      Defendant.

Adv. No.  12-04096-wsd
Hon. Walter Shapero

_____/

## ORDER DENYING DISCHARGE OF PLAINTIFF'S DEBT PURSUANT TO 11 U.S.C. § 523(a)(2)(A)

After trial on the complaint of Sandy Rakich, ("Plaintiff"), objecting to the discharge of its debt against Todd Jagiello, defendant/debtor, ("Defendant"), pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6), and the matter having been submitted for final decision; Now upon the evidence adduced at said trial and in accordance with findings of fact and conclusions of law decided by the Court pursuant to its Opinion Denying Dischargeability of Debt, dated August 8, 2013;

**IT IS ORDERED** that the debt owed to Plaintiff by Defendant is not dischargeable under 11 U.S.C. § 523(a)(2)(A).

.

Signed on August 30, 2013

                                        /s/ Walter Shapero
                              Walter Shapero
                              United States Bankruptcy Judge